# EXHIBIT 1

Chapman & Associates PC
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

PMXY5G00305009
ANDREW THOMPSON
[redacted]

January 8, 2026

PMXY5G00305009050090110240400

Notice of Data Security Incident

Dear Andrew Thompson.

Chapman & Associates PC is a law firm with offices in California, Michigan, and Florida. We are writing to inform you of an incident that may have exposed your personal information. Chapman & Associates PC take the security of personal information seriously and want to provide you with information and resources you can use to protect your information. You are receiving this letter because you were involved in a transaction and/or litigation handled by Chapman & Associates PC.

What Happened:

On January 31, 2025, Chapman & Associates PC experienced a network security incident. Upon discovering the incident, Chapman & Associates PC promptly engaged third-party forensic specialists to assist the firm with securing the environment and investigating the extent of the unauthorized activity.

After a forensic investigation, Chapman & Associates PC determined an unauthorized third party may have accessed certain individuals' personal information during this incident. After thorough review of the potentially-impacted data, we determine that information relating to you was impacted by this event on December 31, 2025.

As of this writing, we have not received any reports of misuse of information and/or related identity theft since the date the incident was discovered (January 31, 2025 to present).

What Information Was Involved:

As stated above, Chapman & Associates PC found no evidence that your information has been misused. However, it is possible that an unauthorized third party accessed the following information: first and last name, medical information. Chapman & Associates PC had acquired this information as part of its standard operational and/or representative purposes in operating a law firm.

What We Are Doing:

Data security is one of Chapman & Associates PC's highest priorities. Upon detecting this incident, the firm moved quickly to initiate a response, which included conducting an investigation with the assistance of IT specialists and confirming the security of our network environment. We are also reviewing and enhancing our technical safeguards to prevent a similar incident.